UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA      )
                              )
      v.                      )          Case No. 3:10-CR-00070 JD
                              )
ROBERT SCOTT RORIE            )

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 25, 2010 [DE 15]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Robert Scott Rorie's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 42 U.S.C. §6928(d)(2)(A).

SO ORDERED.

ENTERED:    July 19, 2010

                              /s/ JON E. DEGUILIO
                         Judge
                         United States District Court